**Opinion issued May 16, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00111-CV

———————————

**RISE COMMUNITIES, LLC AND GR-M1, LTD., Appellants**

**V.**

**MANVEL PLANNING, DEVELOPMENT AND ZONING COMMISSION AND JOSE ABRAHAM, CITY PLANNER FOR THE CITY OF MANVEL, Appellees**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 120734-CV**

---

## MEMORANDUM OPINION

Appellants, Rise Communities, LLC and GR-M1, Ltd., filed a notice of appeal from the trial court's February 7, 2023 order denying appellants' application for temporary injunction. On May 8, 2023, appellants filed an "Unopposed Motion to

Dismiss Interlocutory Appeal," stating that parties had "reached an agreement which moot[ed] the subject matter of this appeal." Based on that agreement, appellants requested that the Court dismiss the appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellants' motion includes a certificate of conference stating that appellees, Manvel Planning, Development and Zoning Commission and Jose Abraham, City Planner for the City of Manvel, are unopposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellants' motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

2